AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Nikki Simmons et al <br> *Plaintiff* <br> v. <br> Randall County et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:16-cv-00089-J |

## Summons in a Civil Action

**TO:** Joel W Richardson, Sheriff of Randall County, in his official and individual capacities

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Damon Richards
PO Box 5950
Lubbock, TX 79408-5950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 05/11/2016

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

Came to hand on the **12th** day of **May**, 2016, at **10:00** o'clock **am**.
Cause No. **2:16-CV-00089-J**

Executed at **9100 South Georgia** **Amarillo, Tx**
within the County of **Randall** at **4:00** o'clock **pm** on the **13th** day
of **May**, 2016, by delivering to the within named:

**Joel W Richardson, Sheriff of Randall County**
in person a true copy of **U S DISTRICT SUMMONS IN A CIVIL ACTION** and Complaint
for damages for Deprivation of Civil Rights and Wrongful Death & Order
having endorsed on Summons the date of delivery

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $

| U S District Court Northern Div<br>Nikki Simmons, Individually and<br>as Administratrix of the Estate<br>of Wendell Carl Simmons Deceased<br>et al<br>V.<br>Randall County:Joel W Richardson<br>Sheriff of Randall County, in his<br>official and Individual Capacity<br>et al                    Defendant | By: _____<br>**Allen Young**  SCH1686 Exp 12-31-2017<br>(Authorized Person)<br><br>U S LEGAL SUPPORT<br>P.O. Box 11564<br>Lubbock, Texas  79408-7564<br><br>(806) 747-8500 |

## VERIFICATION

STATE OF TEXAS      §
COUNTY OF LUBBOCK   §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Allen Young**, known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this 16th day of
**May**, A.D., 2016.

_____
NOTARY PUBLIC, STATE OF TEXAS



SUE YOUNG
Notary Public, State of Texas
Notary ID# 430859-1
My Commission Expires 10-31-2017

83811